UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JOHNNY WEST,<br>Plaintiff,<br><br>v.<br><br>FRANK J. BISIGNANO,<br>Commissioner of Social Security,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JUDGMENT**<br><br>Case No. 5:25-CV-197-KS |

**Decision by Court.**

This matter is before the court for judicial review pursuant to 42 U.S.C. § 405(g) of a final administrative decision of the Social Security Administration.

IT IS ORDERED, ADJUDGED AND DECREED the Commissioner's decision is REVERSED and the case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C.§ 405(g) for further proceedings consistent with this court's order.

This judgment filed and entered on September 15, 2026, with *electronic service* upon the following:

**Laura Beth Waller**
*Counsel for Plaintiff*

**Wanda Mason**
**Cassia Parson**
**Joanne Kernicky**
*Counsel for Defendant*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

DATE: September 15, 2026

/s/ Shelia D. Foell

(By): Shelia D. Foell
Deputy Clerk, U.S. District Court